UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
THOMAS J. McMANAMON,                    : 07 Civ. 10575 (BSJ) (JCF)
                                        :
              Plaintiff,                : O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK DEPARTMENT OF      :
CORRECTIONS; COMMANDING OFFICER         :
JACKSON, A.I.U.; CAPTAIN SUMMER,        :
A.I.U.; and ASSISTANT COMMISSIONER      :
ALAN VENGERSKY, Department of           :
Corrections,                            :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference having been held on May 30, 2008, it is hereby ORDERED as follows:

     1.  All discovery shall be completed by September 30, 2008.

     2.  The pretrial order shall be submitted by October 31, 2008 unless any dispositive motion is filed by that date.  If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 30, 2008

1

Copies mailed this date:

Thomas J. McManamon
102 Ocean Avenue
Staten Island, New York 10305

Andrea O'Connor, Esq.
Assistant Corporation Counsel
100 Church Street - Room 2-146
New York, New York 10007