UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
THOMAS J. McMANAMON,                    : 07 Civ. 10575 (BSJ) (JCF)
                                        :
                Plaintiff,              :  O R D E R
                                        :
      - against -                       :
                                        :
THE CITY OF NEW YORK DEPARTMENT OF      :
CORRECTIONS; COMMANDING OFFICER         :
JACKSON, A.I.U.; CAPTAIN SUMMER,        :
A.I.U.; and ASSISTANT COMMISSIONER      :
ALAN VENGERSKY, Department of           :
Corrections,                            :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Thomas J. McManamon, the pro se plaintiff in this case, has applied for appointment of counsel. The threshold consideration in ruling on such an application is a showing of some likelihood of merit. Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Mr. McManamon has not yet met this standard. No substantial discovery has yet been taken. If discovery reveals a factual basis for the plaintiff's claims, he can reapply for appointment of counsel.

    Accordingly, the plaintiff's motion is denied with leave to renew if discovery reveals a basis for doing so.

    SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        July 1, 2008

1

Copies mailed this date:

Thomas J. McManamon
102 Ocean Avenue
Staten Island, New York 10305

Andrea M. O'Connor, Esq.
Assistant Corporation Counsel
100 Church Street - Room 2-146
New York, New York 10007